PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Dwight Whorley                                Criminal No. 3:05CR00114-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to polygraph testing as directed by the United States Probation Officer as a part of the defendant's sex offender therapeutic program. The costs of testing are to be paid by the United States Probation Office.

The defendant shall not possess or use a computer, or other internet capable device, to access or stream any online internet services at any location, including employment, without the prior approval of the probation officer

Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision, upon prior notification to and approval by the court or with a warrant.

Witness: _____          Signed: _____
Senior U.S. Probation Officer                        Probationer or Supervised Releasee

_____5-31-2022_____
Date

**ORDER OF COURT**                                      Respectfully,

Considered and ordered this 6th day of
June, 2022 and ordered filed and
made a part of the records in the above case.

_____
/s/
Henry E. Hudson
Senior United States District Judge

_____
Vanessa Burney, Senior U.S. Probation Officer

**TO CLERKS OFFICE**                                                                Page 1