IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 3:05-cr-114 |
| ) | Hon. Henry E. Hudson |
| DWIGHT WHORLEY, ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO SEAL EXHIBIT TO MOTION
FOR COMPASSIONATE RELEASE DUE TO TERMINAL ILLNESS**

COMES NOW the defendant, Dwight Whorley, by counsel, and for the reasons stated in the Memorandum in Support of Motion to Seal, requests this Court file the exhibit to his Motion for Compassionate Release Due to Terminal Illness under seal.

Respectfully Submitted,
DWIGHT WHORLEY

By: _____/s/_____
Joseph S. Camden
Va. Bar No. 92143
Counsel to Mr. Whorley
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0830
(804) 648-5033 (fax)
Joseph_Camden@fd.org