**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Case No. 3:05-cr-114 |
| | ) |
| **DWIGHT WHORLEY,** | ) |
| Defendant. | ) |

**ORDER**

Upon motion of defense counsel, and good cause having been shown, it is hereby ORDERED that the Defendant's Motion to Seal Exhibit to his Motion for Compassionate Release Due to Terminal Illness in this case is GRANTED. The exhibit to the Motion for Compassionate Release Due to Terminal Illness shall be filed under seal.

It is SO ORDERED.

_____
Henry E. Hudson
Senior United States District Judge

Dated: _____
Richmond, Virginia